FILED

09/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0664

_____

WALTER JOEY OVERSTREET,

        Plaintiff and Appellant,

    v.

ERIC FETTERHOFF, in his official
and individual capacities, JOHN DOES 3-7,
MONTANA HIGHWAY PATROL,
and PARK COUNTY, MONTANA,
a political subdivision, Bruce Becker,
individually, and as Park County Attorney,
Shannan Piccolo, individually, and as
Deputy Park County Attorney, STATE OF
MONTANA, and KENDRA LASSITER,
Individually, and in her official capacity as
Park County Attorney,

        Defendants and Appellees.

ORDER

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

                    For the Court,

                                   Electronically signed by:
                                   Mike McGrath
                       Chief Justice, Montana Supreme Court
                               September 11 2024